UNITED STATES of America, Plaintiff-Appellee,

v.

Daniel WATLINGTON, a/k/a Gator Slim, Defendant-Appellant.

No. 16-7347

United States Court of Appeals, Fourth Circuit.

Submitted: January 31, 2017

Decided: February 3, 2017

Daniel Watlington, Appellant Pro Se. S. Katherine Burnette, Joshua Bryan Royster, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Watlington appeals the district court's order denying his "Request for Nunc Pro Tunc Amendment for Addendum Presentence Report." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Watlington, No. 5:05–cr–00004–F–1 (E.D.N.C. Sept. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

AFFIRMED